UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
FEB 6 2020
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**LUDRICK JOSEPH,**<br><br>Defendant. | Criminal No.  3:20CR- 5<br><br>Violations:   18 U.S.C. § 1030(a)(2)<br>18 U.S.C. § 1030(C)(2)(B)(i) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Accessing a Computer and Obtaining Information)

On or about April 1, 2015, in Berkeley County, in the Northern District of West Virginia, and elsewhere, defendant **LUDRICK JOSEPH**, intentionally accessed a computer without authorization, and thereby obtained information, to wit, information pertaining to a tax payer, from the Internal Revenue Service, a department or agency of the United States, for purposes of private financial gain, in violation of Title 18, United States Code, Sections 1030(a)(2) and (c)(2)(B)(i).

_____
WILLIAM J. POWELL
UNITED STATES ATTORNEY

Shawn M. Adkins
Assistant United States Attorney